UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 103 (AKH)

---

MARK ENGELBRECHT AND ANNE                             07-CV-8274 (AKH)
ENGELBRECHT,

                    Plaintiffs,

-against-

100 CHURCH, LLC, ET. AL.,

                    Defendants.

---

## NOTICE OF APPEARANCE

Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated:  Albany, New York
        December 10, 2007               WHITEMAN OSTERMAN & HANNA LLP

                                      BY: _____
                                            John J. Henry (JH-7137)
                                            William S. Nolan (WN-8091)
                                            Attorneys for Defendant
                                                TRC Engineers, Inc.
                                            One Commerce Plaza
                                            Albany, New York  12260
                                            (518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 10th day of December, 2007, via ECF upon the ECF participants.

_____
Carrie L. Lalyer