UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC103(AKH) |
| MARK ENGELBRECHT, (AND WIFE ANNE ENGELBRECHT), | 07CV8274(AKH) |
| Plaintiff(s), | **NOTICE OF APPEARANCE** |
| -against- | |
| 100 CHURCH LLC, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         January 16, 2008

        Yours etc.,

        HARRIS BEACH PLLC
        *Attorneys for Defendant*
        **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.**

        _____/s/_____
        Stanley Goos, Esq. (SG-7062)
        100 Wall Street
        New York, NY  10005
        212 687-0100
        212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on January 16, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. 100 Church and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp. Notice of Appearance

Dated: January 16, 2008

                                                   /s/
                                        Stanley Goos, Esq. (SG 7062)